# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered) |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., <u>et al.</u>,<br><br>Plaintiff,<br>v.<br><br>Stanton Dodson,<br><br>Defendant. | Adv. Pro. No. 17-50654 (KJC) |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT

Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford Disposal Partners, L.P., <u>et al.</u> (the "<u>Liquidation Trustee</u>"), through its undersigned counsel, respectfully requests (the "<u>Request</u>") entry of default judgment against Defendant Stanton Dodson (the "<u>Defendant</u>") in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>") pursuant to Rule 55 of the Federal Rules of Civil Procedure, made applicable to the Adversary Proceeding by Rule

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 REQ A0484514.DOCX}

7055 of the Federal Rules of Bankruptcy Procedure. In support of this Request, the Liquidation Trustee asserts as follows:

1. On September 11, 2017, the Liquidation Trustee filed a Request for Entry of Default against Defendant. *See* D.I. 7.

2. On September 11, 2017, the Clerk of the Court entered the Default against the Defendant. *See* D.I. 8.

3. Upon information and belief, Defendant is not an infant, incompetent person, or serving in the military.

4. The amount of damages the Liquidation Trustee seeks from the Defendant is for a sum certain or for a sum which can be made certain by computation. As noted in the Affidavit of Thomas M. Horan, incorporated herein by reference, the Liquidation Trustee seeks judgment against Defendant in the amount of $863,536.72, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

5. Pursuant to Federal Rule of Civil Procedure 55(b)(1), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7055, "[i]f the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk – on the plaintiff's request, with an affidavit showing the amount due – must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person."

6. Accordingly, the Liquidation Trustee respectfully requests that the Clerk of the Bankruptcy Court enter judgment against Defendant in the amount of $863,536.72 plus post-judgment interest pursuant to 28 U.S.C. § 1961. A proposed form of Judgment by Default is attached hereto.

WHEREFORE, the Liquidation Trustee respectfully requests that the Clerk of the Court enter a default judgment in its favor and against the Defendant in the amount of $863,536.72 plus post-judgment interest pursuant to 28 U.S.C. § 1961, together with such other relief as the Court deems just and reasonable.

Dated:  September 12, 2017                **SHAW FISHMAN GLANTZ & TOWBIN LLC**

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
Johnna M. Darby (DE Bar No. 5153)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 691-3774
E-mail: thoran@shawfishman.com
E-mail: jdarby@shawfishman.com

-and-

Allen J. Guon
Allison Hudson
321 N. Clark St., Suite 800
Chicago, IL 60654
Telephone: (312) 541-0151
E-mail: aguon@shawfishman.com
E-mail: ahudson@shawfishman.com

*Counsel to Gavin/Solmonese LLC, Liquidation Trustee*