# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 15-11323 (KJC) |
| Citadel Watford City Disposal Partners, L.P., et al.,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 17-50654 (KJC) |
| Stanton Dodson, | : | |
| Defendant. | : | |

## JUDGMENT BY DEFAULT

On September 11, 2017, default was entered against Defendant Stanton Dodson. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this defendant is not in the military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff as follows:

Judgment is entered against Defendant Stanton Dodson in the amount of $863,536.72 plus court filing costs in the amount of $350.00.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. § 1961.

**Una O'Boyle**
Clerk of the Bankruptcy Court

Dated: _____

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 JDG A0484515.DOCX}